**Juan GUADALUPE–SAENZ,**
**Plaintiff–Appellant**

v.

**C.V. RIVERA, Warden, FCI–Forrest City, Defendant–Appellee.**

No. 14–2723.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 29, 2014.

Filed: Dec. 31, 2014.

Juan Guadalupe–Saenz, Forrest City, AR, pro se.

Richard M. Pence, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Little Rock, AR, for Defendant–Appellee.

Before GRUENDER, BENTON, and KELLY, Circuit Judges.

PER CURIAM.

Federal inmate Juan Guadalupe Saenz appeals the district court's[1] dismissal of his 28 U.S.C. § 2241 petition. Following careful review of the record and the parties' briefs, this court concludes, for the reasons explained in the district court's order, that the court did not err in dismissing the petition for lack of jurisdiction. See 28 U.S.C. § 2255(e); *Abdullah v. Hedrick*, 392 F.3d 957, 959 (8th Cir.2004) (de novo review).

The judgment of the district court is affirmed. See 8th Cir. R. 47B.

---

1. The Honorable Beth M. Deere, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).